13390.2

BYRON Z. MOLDO, CA SBN 109652
HOWARD I. CAMHI, CA SBN 149194
ERVIN COHEN & JESSUP, LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
Telephone No: (310) 273-6333
Facsimile No: (310) 859-2325
Email: bmoldo@ecjlaw.com
       hcamhi@ecjlaw.com

RANDOLPH L. HOWARD, NV Bar No. 006688
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: rhoward@klnevada.com

Attorneys for Plaintiff, JAMES H. DONELL, RECEIVER

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUL 20 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. DONELL, RECEIVER FOR J.T. WALLENBROCK & ASSOCIATES AND CITADEL CAPITAL MANAGEMENT GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NAOMI E. BRAUN, an individual,<br><br>Defendant. | Case No. CV-07-00273 ECR-RAM<br><br>**STIPULATION TO CONTINUE TRIAL DATE PENDING EXECUTION OF SETTLEMENT DOCUMENTS; [PROPOSED] ORDER THEREON** |
| NAOMI E. BRAUN,<br><br>Counterclaimant,<br><br>vs.<br><br>JAMES H. DONELL, RECEIVER FOR J.T. WALLENBROCK & ASSOCIATES AND CITADEL CAPITAL MANAGEMENT GROUP, INC.; DOES 1 through 10, inclusive,<br><br>Counterdefendants. | |

TO THE HONORABLE EDWARD C. REED, UNITED STATES DISTRICT COURT JUDGE:

James H. Donell, Receiver for J.T. Wallenbrock & Associates ("Wallenbrock") and Citadel Capital Management Group, Inc. ("Citadel"), plaintiff in the above-captioned matter ("Plaintiff"), Naomi E. Braun, defendant and third-party plaintiff in the above-captioned matter ("Defendant"), and Kirk Braun, third-party defendant in the above-captioned matter ("Kirk Braun," together with Plaintiff and Defendant, the "Parties"), hereby stipulate as follows:

## RECITALS

A.  This case is scheduled for a jury trial to commence on July 26, 2011 ("Trial Date").

B.  As set forth in the February 24, 2011 Stipulation to Continue Trial Date Pending Global Settlement, the parties settled this matter, subject to the approval of the United States District Court for the Central District of California, Los Angeles Division, where Plaintiff was appointed as receiver for Wallenbrock and Citadel in case number 2:02-cv-00808-R-SH ("Receivership Case").

C.  On June 27, 2011, the Court in the Receivership Case approved Plaintiff's settlement of this case.

D.  In order to consummate the settlement between the parties certain real estate documents must be prepared and executed by the parties.

E.  Plaintiff has requested a local title company in the Reno, Nevada area to prepare the required documents.

F.  As of the preparation of this stipulation Plaintiff has not received the required documents from the title company. Plaintiff expects to receive the documents within the next week.

G.  Pursuant to this court's February 24, 2011 order, the following deadlines were set by the Court:

i. calendar call for this case will be held on Monday, July 25, 2011, at 9:00

IDOCS:13390.2:1242825.1                    2
STIPULATION TO CONTINUE TRIAL DATE PENDING EXECUTION OF SETTLEMENT DOCUMENTS

a.m. (the "Calendar Call"); and

ii. Proposed jury instructions shall be filed with the Clerk of the Court on or before Monday, July 18, 2011 (the "Jury Instructions Cutoff");

H. In anticipation of the Trial Date, and in order to allow the settlement between the Parties to be consummated, the Parties have agreed to continue the Trial Date for approximately 30 days, or for such longer time as the Court finds convenient and/or just and proper.

**WHEREFORE**, the Parties hereby stipulate as follows:

1. The Trial Date be continued for approximately 30 days, or for such longer time as the Court finds convenient and/or just and proper;

2. The Calendar Call be continued for approximately 30 days, or for such longer time as the Court finds convenient and/or just and proper;

3. The Jury Instructions Cutoff be continued for approximately 30 days, or for such longer time as the Court finds convenient and/or just and proper.

DATED: July 20, 2011

ERVIN COHEN & JESSUP LLP
Byron Z. Moldo

By: /s/ Byron Z. Moldo
Byron Z. Moldo
Attorneys for Plaintiff, JAMES H. DONELL, RECEIVER

DATED: July 20, 2011

ROBISON, BELAUSTEGUI, SHARP & LOW
Michael E. Sullivan

By: /s/ Michael E. Sullivan
Michael E. Sullivan
Attorneys for Defendant/Third-Party Plaintiff Naomi E. Braun

Case 3:07-cv-00273-ECR-WGC   Document 89   Filed 07/20/11   Page 4 of 4
07/20/2011  09:05   775--322-7529          FEDEX OFFICE   3901         PAGE  01
Case 3:07-cv-00273-ECR -RAM   Document 88   Filed 07/20/11   Page 4 of 4

1  DATED: July 20 2011

         Kirk Braun

3        By: _____Kirk Braun_____
         Kirk Braun
4        In Proper Person/Third-Party Defendant

6                      **ORDER**

7  It is hereby **ORDERED** that:

8    1.  The Trial Date is continued from Tuesday, July 26, 2011, at 10:00 a.m., to
9  SEPTEMBER 27, 2011. @ 10:00 am
10   2.  The Calendar Call is continued from Monday, July 25, 2011, to
11 SEPTEMBER 26, 2011. @ 9:00 am
12   3.  The Jury Instructions Cutoff is continued from Monday, July 18, 2011, to
13 SEPTEMBER 19, 2011. @ 4:00 pm

16 DATED: July 20, 2011          _____Edward C. Reed_____
                                  EDWARD C. REED
17                                UNITED STATES DISTRICT COURT
                                  JUDGE

IDOCS:13390.2:1242825.1               4